John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
Jesenia A. Martinez (SBN 316969)
Jacob J. Ventura (SBN 315491)
**KRISTENSEN LLP**
12450 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Facsimile: (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*
*jesenia@kristensenlaw.com*

John C. Carpenter (155610)
**CARPENTER, ZUCKERMAN & ROWLEY, LLP**
8827 West Olympic Boulevard
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
*john@czrlaw.com*

***Attorneys for Plaintiffs***

Kristensen LLP
ATTORNEYS FOR PLAINTIFFS

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

JONATHAN CAGLE, individually and as Guardian Ad Litem for the minor child, P.C.; and COURTNEY ROBSON, individually and as Guardian Ad Litem for the minor child, E.R.,

Plaintiffs,

vs.

PRINCE LIONHEART, INC., a California Corporation,

Defendant.

Case No.:

**COMPLAINT FOR DAMAGES FOR:**

**(1) Negligence;**
**(2) Strict Product Liability; and**
**(3) Negligent Infliction of Emotional Distress.**

## I. INTRODUCTION

1. COME NOW plaintiffs JONATHAN CAGLE, individually and as Guardian Ad Litem for the minor child P.C. and COURTNEY ROBSON, individually and as Guardian Ad Litem for the minor child E.R. (collectively, "Plaintiffs") and allege causes of action against defendant PRINCE LIONHEART, INC., (collectively referred to throughout portions of this Complaint as "Defendants") inclusive for damages arising out of injuries caused by a potty-training product called the WeePOD Basix ("WeePOD"), manufactured and advertised by defendant PRINCE LIONHEART, INC.

2. P.C. and E.R. are minors and are being identified by initials to protect their true identities from public scrutiny given the private nature of the allegations. E.R. and P.C., sustained injuries on December 15, 2018 and December 21, 2018, respectively, when using the WeePOD in a foreseeable manner.

3. Plaintiffs and Defendant have reached a pre-litigation settlement, which, by its terms, requires Court approval as the matter involves minors. Plaintiffs are filing this Complaint to facilitate the Court's approval of the settlement.

## II. JURISDICTION AND VENUE

4. Jurisdiction is proper under 28 U.S.C. § 1332(d)(2) because there is complete diversity as plaintiff JONATHAN CAGLE and the minor child P.C. are domiciled in Lexington, Tennessee, plaintiff COURTNEY ROBSON and the minor child E.R. are domiciled in Alberta, Canada, and defendant PRINCE LIONHEART, INC., is a California corporation and maintains its principal place of business at 2421 South Westgate Road, Santa Maria, California 93455.

///

///

///

5. Venue is proper pursuant to 28 U.S.C. § 1391 because Defendants conducted business within this judicial district at all times relevant. Because Defendants conducted business within the State of California at all time relevant, personal jurisdiction is established.

## III. PARTIES

6. Plaintiff JONATHAN CAGLE ("Plaintiff" or "Cagle") is, and at all times mentioned was, an adult residing in Henderson County, Tennessee. Cagle is the natural father of P.C. and is thus qualified to act as P.C.'s Guardian Ad Litem. P.C. is, and at all times mentioned was, a minor residing in Henderson County, Tennessee.

7. Plaintiff COURTNEY ROBSON ("Plaintiff" or "Robson") is, and at all times mentioned was, an adult residing in Alberta, Canada. Robson is the natural mother of E.R. and is thus qualified to act as E.R.'s Guardian Ad Litem. E.R. is, and at all times mentioned was, a minor residing in Alberta, Canada.

8. Plaintiffs are informed and believe, and upon such information and belief allege thereon, that defendant PRINCE LIONHEART, INC. ("Prince Lionheart" or "Defendant") is a California Corporation with its principal place of business at 2421 South Westgate Road, Santa Maria, California 93455. Its agent for service of process in California is Kelly McConnell located at 2421 South Westgate Road, Santa Maria, California 93455. Prince Lionheart at all relevant times herein sold the WeePOD, in exchange for valuable consideration in Los Angeles County, California.

## IV. ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

**(Against All Defendants)**

9. Prince Lionheart designs, distributes, and sells the WeePOD.

10. E.R. and P.C., sustained injuries on December 15, 2018 and December 21, 2018, respectively, when using the WeePOD in a foreseeable manner.

Kristensen LLP ATTORNEYS FOR PLAINTIFFS

11. Plaintiffs and Defendant have reached a pre-litigation settlement, which, by its terms, requires Court approval as the matter involves minors. Plaintiffs are filing this Complaint to facilitate the Court's approval of the settlement.

## FIRST CAUSE OF ACTION

### NEGLIGENCE

### (Against All Defendants)

12. Plaintiffs hereby incorporate by reference and re-allege each and every allegation set forth in each and every preceding paragraph of this Complaint, as though fully set forth herein.

13. Plaintiffs are informed and believe, and thereon allege, that at all times herein mentioned, Prince Lionheart, and each of them, had a duty to provide a reasonable potty-training seat, that would protect users from injuries when used in a foreseeable manner and not cause injury in a foreseeable accident, as well as information, instructions and warnings regarding those actual dangers.

14. Prince Lionheart also owed the duty to warn of dangers and properly perform repairs to and maintain and/or operate the WeePOD in a proper and safe manner and to inspect the WeePOD for safety, and to warn the Plaintiffs of dangers known to the Defendants.

15. E.R. and P.C., sustained injuries on December 15, 2018 and December 21, 2018, respectively, when using the WeePOD in a foreseeable manner.

## SECOND CAUSE OF ACTION

### STRICT PRODUCT LIABILITY

### (Against All Defendants)

16. Plaintiffs hereby incorporate by reference and re-allege each and every allegation set forth in each and every preceding paragraph of this Complaint, as though fully set forth herein.

17. Plaintiffs are informed and believe, and thereon allege, that at all times herein mentioned, Prince Lionheart manufactured, distributed, marketed, and advertised WeePODs.

18. E.R. and P.C., sustained injuries on December 15, 2018 and December 21, 2018, respectively, when using the WeePOD in a foreseeable manner.

## THIRD CAUSE OF ACTION

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

### (On Behalf of Cagle and Robson, Individually, Against All Defendants)

50. Plaintiffs hereby incorporate by reference and re-allege each and every allegation set forth in each and every preceding paragraph of this Complaint.

51. Cagle and Robson witnessed the injuries suffered by P.C. and E.R., respectively and were present and perceived the injuries when the incidents occurred.

52. Cagle and Robson suffered emotional distress as a result of having witnessed the incidents and the injuries suffered by P.C. and E.R., respectively.

60. As a direct and proximate result of the aforesaid conduct of the Defendants, and each of them, Cagle and Robson were injured.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for an Order approving the pre-litigation settlement with Prince Lionheart, as follows:

1. Upon reviewing the concurrently-filed Joint Motion to Seal and conditionally-filed under seal Unopposed Petition for Approval of Minor Settlement, finding that the settlement is fair, reasonable, and in the best interests of P.C. and E.R, the minors; and

2. That the Confidential Settlement Agreement and Release is fair, reasonable, and in the best interests of P.C. and E.R, the minors.

Kristensen LLP ATTORNEYS FOR PLAINTIFFS

Dated: December 27, 2019

Respectfully submitted,

By: */s/ John P. Kristensen*

John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
Jesenia A. Martinez (SBN 316969)
Jacob J. Ventura (SBN 315491)
**KRISTENSEN LLP**

John C. Carpenter (155610)
**CARPENTER, ZUCKERMAN & ROWLEY, LLP**

***Attorneys for Plaintiffs***

Kristensen LLP
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that on Tuesday, January 07, 2020, a true and correct copy of the attached **COMPLAINT FOR DAMAGES** and accompanying documents were served via CM/ECF on each participant of record and via U.S. Mail and email to the following participants per Federal Rule of Civil Procedure 5:

Gina Bazaz
Darin W. Flagg
**MURCHISON & CUMMING LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017
Email: *gbazaz@murchisonlaw.com*
Email: *dflagg@murchison law.com*

***Attorneys for Defendant Prince Lionheart, Inc.***

*/s/ John P. Kristensen*
John P. Kristensen