UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-00176 JAK (GJSx) | Date | March 16, 2020 |
|---|---|---|---|
| Title | Jonathan Cagle, et al. v. Prince Lionheart, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| John P. Kristensen<br>Jesenia A. Martinez | Darin W. Flagg, *telephonic* |

**Proceedings:** **PLAINTIFFS' UNOPPOSED PETITION FOR APPROVAL OF MINOR SETTLEMENT (DKT. 15)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiffs' Unopposed Petition for Approval of Minor Settlement (the "Petition" (Dkt. 15)). Counsel address the Court. This includes a response to its question whether, in light of the total amount of the settlement payments, the amount in controversy at the time of the filing of this action exceeded $75,000. Counsel respond. Based on counsel's representations, the Court finds that there was a reasonable basis to determine that, at the time of the filing of this action, at least $75,000 was in controversy, thereby satisfying this necessary element of diversity jurisdiction.

The Court adheres to its tentative views and orders the Petition **GRANTED**, with certain modifications as to the form of the accounts into which the settlement proceeds will be deposited. Counsel shall submit a proposed Order reflecting the rulings of the Court. Upon entry of the Order the case will be dismissed.

**IT IS SO ORDERED.**

|  | : | 08 |
|---|---|---|
| Initials of Preparer | cw | |